PER CURIAM.
Affirmed. See Dania Jai-Alai Palace, Inc. v. Sykes, 450 So.2d 1114, 1117-21 (Fla.1984); Joseph T. Miller Constr. Co. v. Borak, 82 So.2d 147, 149-50 (Fla.1955); Smith v. American Auto. Ins. Co., 498 So.2d 448, 449-50 (Fla. 3d DCA 1986), rev. denied, 503 So.2d 328 (Fla.1987); H.S.A., Inc. v. Harris-In-Hollywood, 285 So.2d 690, 693-94 (Fla. 4th DCA 1973), cert. dismissed, 290 So.2d 493 (Fla.1974); St. Petersburg Sheraton Corp. v. Stuart, 242 So.2d 185, 190 (Fla. 2d DCA 1970); Silvers v. Drake, 188 So.2d 377, 380 (Fla. 1st DCA 1966).